62

United States District Court
Southern District of Texas
ENTERED
AUG 17 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
AUG 14 1998
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| Aquilino Perez, et al, § | |
| § | |
| Plaintiff(s), § | |
| § | |
| v. § | CIVIL ACTION NO. B-96-75 |
| § | |
| City of Harlingen, et al, § | |
| § | |
| Defendant(s). § | |

## ORDER

1. Plaintiff's Motion to seek Discovery from any Source is DENIED AS MOOT. (#5)

2. Plaintiff's Motion to file Second Amended Complaint and to Intervene is GRANTED. (14)

3. The Second Amended Complaint filed on July 20, 1998 is the operative complaint and the Second Amended Complaint filed on November 27, 1996 is STRICKEN.

4. Defendant, The City of Harlingen, et al's Motion for Summary Judgment is DENIED. (#42).

5. Plaintiff's Motion to Expedite Trial Setting is DENIED. (#56)

6. Plaintiff's Motion for Rule 16 Scheduling Order is DENIED. (#57)

7. All Motions for Summary Judgment are DENIED. (#'s 20, 22, 34, 36, 38, 46, 47, 48, and 58)

8. Mr. Ricardo Morado may be substituted as Attorney in Charge for defendants.

Done at Brownsville, Texas this 14 day of August 1998.

Hilda G. Tagle
United States District Judge