65

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

*Perez*

versus

*City of Harlingen*

§
§
§
§
§
§
§

United States District Court
~~Southern District~~ of Texas
FILED
SEP 17 1998
Michael N. Milby, Clerk of Court

CIVIL ACTION B-96-75

United States District Court
Southern District of Texas
ENTERED
SEP 18 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

### Order Resetting Hearing

The hearing set __9-22-98__ has been reset to: __9-24-98__, at __1:30__ p.m.

Signed on __Sep. 17__, 1998, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge