67

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

SEP 24 1998

Michael N. Milby
Clerk of Court

Aquilino Perez, et al §
§
versus §
§
City of Harlingen, et al §

CIVIL ACTION B-96-075

United States District Court
Southern District of Texas
ENTERED

SEP 28 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

## Order Setting Conference

1. A (final) pre-trial conference will be held on:

   January 7, 199__ at 9:00 A.m.

   in Judge Tagle's Chambers
   United States Court House
   500 Easts Tenth Street, Room 428
   Brownsville, Texas 78521.

2. To insure full notice, each party who receives this notice must send a copy of it to every other party even if they may have been sent one by the court.

3. Each party shall appear in person by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

4. The court will decide pending motions, narrow issues, and discuss evidence to be presented at trial. Counsel are to consult among themselves about these matters well in advance. See Fed. R. Civ. P. 16.

5. Each party will prepare and bring to the conference, furnishing a copy to opposing counsel at least 5 days prior to the conference:

   a. witness list, including a statement of expected testimony from each witness.

   b. exhibit list with exhibits.

Signed September 24, 1998, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge

o.
ptrlcnfddl.