73

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 0 3 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| AQUILINO PEREZ and MARIA CONSECA PEREZ, Individually and as Next Friends of SILVERIO PEREZ, ELIFONSA PEREZ, MARIA DEL CARMEN PEREZ, JOSE PEREZ and MARIA GUADALUPE PEREZ § § § § § § | |
| VS. § | CIVIL ACTION B-96-75 |
| CITY OF HARLINGEN and CITY OF HARLINGEN POLICE DEPARTMENT, JAMES JOSEPH SCHOEPNER, Individually and in his Official Capacity, as Police Chief of the City of Harlingen Police Department, TIMOTEO FLORES, Individually and in his Official Capacity as a Peace Officer for the City of Harlingen Police Department and VERONICA GONZALEZ, Individually and in her Official Capacity as a Jailer for the City of Harlingen Police Department § § § § § § § § § § § § | |

**ORDER SETTING HEARING ON DEFENDANTS' MOTION FOR PROTECTIVE ORDER**

On the 30 day of October, 1998, there came to the Court's attention Defendants' Motion For Protective Order filed in the above styled and numbered cause. The Court is of the opinion that a hearing on the motion should be set as requested.

**IT IS THEREFORE ORDERED** that a hearing be and it is hereby set for the 10th day of November, 1998, at 1:30 o'clock P.M. to consider Defendants' Motion For Protective Order.

SIGNED this 3rd day of November, 1998.

_____
JUDGE PRESIDING