IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| AQUILINO PEREZ and MARIA CONSECA PEREZ, Individually and as Next Friends of SILVERIO PEREZ, ELIFONSA PEREZ, MARIA DEL CARMEN PEREZ, JOSE PEREZ and MARIA GUADALUPE PEREZ <br><br> VS. <br><br> CITY OF HARLINGEN and CITY OF HARLINGEN POLICE DEPARTMENT, JAMES JOSEPH SCHOEPNER, Individually and in his Official Capacity, as Police Chief of the City of Harlingen Police Department, TIMOTEO FLORES, Individually and in his Official Capacity as a Peace Officer for the City of Harlingen Police Department and VERONICA GONZALEZ, Individually and in her Official Capacity as a Jailer for the City of Harlingen Police Department | § § § § § § § § § § § § § § § § § § § § CIVIL ACTION B-96-75 |

## ORDER REOPENING TIME FOR APPEAL

On this day came on to be ~~heard~~ Defendants' motion to reopen the time for appeal, and the Court having considered the evidence and the arguments of counsel, finds that Defendants were parties entitled to notice of entry of its Order of August 14, 1998, that Defendants did not receive such notice within twenty-one (21) days of the entry of said Order, and that the granting of this motion will not prejudice any party herein.

**IT IS THEREFORE, ORDERED,** that Defendants' motion to reopen the time to appeal this Court's order of August 14, 1998, is hereby granted. Defendants have fourteen (14) days from the date of this Order in which to file any appeal of the Order of August 14, 1998.

DONE this 3 day of December, 1998.

_____
UNITED STATES DISTRICT JUDGE

Order Reopening Time for Appeal - Page 1
/motions/19,409.reopen.appeal