77

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

Perez

*versus*

City of Harlingen

§
§
§
§
§
§

CIVIL ACTION 96-75

United States District Court
Southern District of Texas
ENTERED

DEC 09 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

## Order Setting Hearing

1. A hearing [motion] will be held before Judge Hilda G. Tagle on:

   __1-4-99__, ~~1998~~ at __10:00__ .m.
   Courtroom, Fourth Floor
   United States Court House
   500 East Tenth Street
   Brownsville, Texas 78521.

2. The pretrial conference on __1-7-99__, ~~is cancelled. It will be held in conjunction with this motion hearing.~~

3. Each party shall appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

4. The court will decide pending motions, narrow issues, inquire about expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance. *See* Fed. R. Civ. P. 16.

Signed on __December 9th__, 1998, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge

o.
mhrgddl.
termddl.