IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 9 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| AQUILINO PEREZ and MARIA CONSECA PEREZ, Individually and as Next Friends of SILVERIO PEREZ, ELIFONSA PEREZ, MARIA DEL CARMEN PEREZ, JOSE PEREZ and MARIA GUADALUPE PEREZ § § § § § § § VS. § § CITY OF HARLINGEN and CITY OF § HARLINGEN POLICE DEPARTMENT, § JAMES JOSEPH SCHOEPNER, Individually and § in his Official Capacity, as Police Chief of the § City of Harlingen Police Department, § TIMOTEO FLORES, Individually and in his § Official Capacity as a Peace Officer for the City of § Harlingen Police Department and § VERONICA GONZALEZ, Individually and in § her Official Capacity as a Jailer for the City of § Harlingen Police Department § | CIVIL ACTION B-96-75 |

## PROTECTIVE ORDER

On this day came on to be heard Defendants' Motion for Protective Order, and this Court finds that the same is well taken and should be granted.

**IT IS THEREFORE, ORDERED** that the Notice of Intention to Take the Oral and Video Deposition Subpoena Duces Tecum of Robert L. Dearing, Sr., scheduling said deposition for October 31, 1998, be and the same is hereby quashed.

**IT IS FURTHER ORDERED** that the deposition of Robert L. Dearing, Sr., be scheduled on a date mutually convenient to the parties after January 1, 1999, but no later than January 4, 1999.

Done this 9 day of December, 1998.

_____
UNITED STATES DISTRICT JUDGE

Order Granting Defendants' Motion For Protective Order - Page 1
/motions/19,409.protective/