82

United States District Court
Southern District of Texas
ENTERED

JAN 0 6 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| AQUILINO PEREZ and MARIA CONSECA PEREZ, Individually and as Next Friends of SILVERIO PEREZ, ELIFONSA PEREZ, MARIA DEL CARMEN PEREZ, JOSE PEREZ and MARIA GUADALUPE PEREZ <br><br> VS. <br><br> CITY OF HARLINGEN and CITY OF HARLINGEN POLICE DEPARTMENT, JAMES JOSEPH SCHOEPNER, Individually and in his Official Capacity, as Police Chief of the City of Harlingen Police Department, TIMOTEO FLORES, Individually and in his Official Capacity as a Peace Officer for the City of Harlingen Police Department and VERONICA GONZALEZ, Individually and in her Official Capacity as a Jailer for the City of Harlingen Police Department | § § § § § § § § § § § § § § § § § § § CIVIL ACTION NO. B-96-75 |

## ORDER

On this day came on to be heard Defendants' motion for stay during appeal, and the Court is of the opinion that said motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED** that this action be and the same is hereby stayed in all respects until the conclusion of the appeal taken by any of the Defendants in this cause, or until further order of this Court.

**SIGNED** this 5 day of January, 1999.

_____
UNITED STATES DISTRICT JUDGE