# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 98-41533
Summary Calendar

D.C. Docket No. B-96-CV-075

AQUILINO PEREZ, and Maria Conseca Perez, Individually and as Next Friends of Silverio Perez, Elifonsa Perez, Maria Del Carmen Perez, Jose Perez and Maria Guadalupe Perez

Plaintiff - Appellee

v.

CITY OF HARLINGEN; ET AL

Defendants

CITY OF HARLINGEN; JAMES JOSEPH SCHOEPNER, Individually and in his official capacity as Police Chief of the City of Harlingen Police Department; TIMOTEO FLORES, Individually and in his official capacity as a Peace Officer for the City of Harlingen Police Department; VERONICA GONZALEZ, Individually and in her official capacity as a Jailer for the City of Harlingen Police Department

Defendants - Appellants

Appeal from the United States District Court for the Southern District of Texas, Brownsville.

Before DAVIS, EMILIO M. GARZA, and DENNIS, Circuit Judges.

## JUDGMENT

This cause came on to be heard on the record on appeal and was taken under submission on the briefs on file.

ON CONSIDERATION WHEREOF, it is now here ordered and adjudged by this Court that the judgment of the District Court in this cause is dismissed in part and reversed in part, and the cause is remanded to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

ISSUED AS MANDATE: DEC 0 3 1999

A true copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
Deputy
New Orleans, Louisiana

OP-S-J-1

U.S. COURT OF APPEALS
FILED
NOV 1 1 1999
CHARLES R. FULBRUGE III
CLERK

United States District Court
Southern District of Texas
FILED
DEC 0 7 1999
Michael N. Milby
Clerk of Court