87

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED
FEB 28 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

Perez

versus

City of Harlingen

§
§
§
§
§

CIVIL ACTION B- 96CV75

## Scheduling Order

1. Trial: Estimated time to try: _____ days.    ☐ Bench    ☐ Jury

2. New parties must be joined by: _____

    *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by: _____

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert. _____

5. Discovery must be completed by: _____

    *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Motions will be filed by: _____

*************************************************************************

7. Joint pretrial order is due:    3-24-00

    *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:    6-1-00

    *The case will remain on standby until tried.*

9. Jury Selection:
    6-2-00 at 9 AM

        Signed  February 25 , 2000, at Brownsville, Texas.

                                                    _____
                                                    Hilda G. Tagle
                                                    United States District Judge