89

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 23 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| AQUILINO PEREZ AND MARIA CONSECA PEREZ, INDIVIDUALLY AND AS NEXT FRIENDS OF SILVERIO PEREZ, ELIFONSA PEREZ, MARIA DEL CARMEN PEREZ, JOSE PEREZ, MARIA GUADALUPE PEREZ, AQUILINO PEREZ, JR., AND MARIA CONSEJO PEREZ <br><br> VS. <br><br> CITY OF HARLINGEN, CITY OF HARLINGEN POLICE DEPARTMENT, JAMES JOSEPH SCHOEPNER, Individually and in his official capacity as Police Chief of the City of Harlingen Police Department, TIMOTEO FLORES, Individually and in his official capacity as a Peace Officer for the City of Harlingen Police Department and VERONICA GONZALEZ, Individually and in her official capacity as a Jailer for the City of Harlingen Police Department | § § § § § § § § § § § § § § § § § § § § § § § § § § § |

CIVIL ACTION NO. B-96-75

JURY DEMANDED

**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR
FILING JOINT PRETRIAL ORDER**

On the _22_ day of _March_, 2000, came on to be heard the parties' Joint Motion to Extend Deadline to File Joint Pretrial Order. The Court having heard the arguments of counsel and considered same, and being of the opinion that the parties' Joint Motion is well-taken, it is therefore,

**ORDERED** that Plaintiffs' Motion be, and is hereby **GRANTED**, such that the Joint Pretrial Order is due April 24, 2000.

**SIGNED FOR ENTRY** on this _22_ day of _March_, 2000.

_____
JUDGE PRESIDING