IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 14 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| AQUILINO PEREZ AND MARIA CONSECA PEREZ, INDIVIDUALLY AND AS NEXT FRIENDS OF SILVERIO PEREZ, ELIFONSA PEREZ, MARIA DEL CARMEN PEREZ, JOSE PEREZ, MARIA GUADALUPE PEREZ, AQUILINO PEREZ, JR., AND MARIA CONSEJO PEREZ § § § § § § § § § § | |
| VS. § § | CIVIL ACTION NO. B-96-75 |
| CITY OF HARLINGEN, CITY OF HARLINGEN POLICE DEPARTMENT, JAMES JOSEPH SCHOEPNER, Individually and in his official capacity as Police Chief of the City of Harlingen Police Department, TIMOTEO FLORES, Individually and in his official capacity as a Peace Officer for the City of Harlingen Police Department and VERONICA GONZALEZ, Individually and in her official capacity as a Jailer for the City of Harlingen Police Department § § § § § § § § § § § § § § § § | JURY DEMANDED |

**ORDER GRANTING JOINT MOTION FOR APPOINTMENT OF ATTORNEY AD LITEM**

On the 14 day of April, 2000, came on to be heard Plaintiffs' and Defendants' Joint Motion for Appointment of Attorney Ad Litem. The Court having considered the Joint Motion, and being of the opinion that said Motion is well-taken, it is therefore,

**ORDERED** that Plaintiffs' and Defendants' Joint Motion be, and is hereby **GRANTED** such that _Aida S. Flores_ is appointed as attorney ad litem to represent **ELIFONSA PEREZ, MARIA DEL CARMEN PEREZ, JOSE PEREZ, MARIA GUADALUPE PEREZ, AQUILINO PEREZ, JR.,** and **MARIA CONSEJO PEREZ.**

**IT IS FURTHER ORDERED** that Defendants are responsible for the costs and fees of the attorney ad litem.

**SIGNED FOR ENTRY** on this 14 day of April, 2000, Brownsville Division.

_____
JUDGE PRESIDING