

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 2 0 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| AQUILINO PEREZ, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-96-75 |
| | § | |
| CITY OF HARLINGEN, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on April 20, 2000, the Court ORDERED a settlement hearing be scheduled for 11:00 a.m. on May 12, 2000. Counsel for Plaintiffs, counsel for Defendants, and the guardian ad litem will meet to discuss the proposed settlement before May 12, 2000.

DONE at Brownsville, Texas, this _____ day of April 2000.


_____
Hilda G. Tagle
United States District Judge