IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **AQUILINO PEREZ, et al.,** | § | |
| Plaintiffs, | § § § | |
| v. | § | CIVIL ACTION NO. B-96-75 |
| **CITY OF HARLINGEN, et al.,** | § § | |
| Defendants. | § § | |

## ORDER

BE IT REMEMBERED that on October 4, 2001, the Court considered Plaintiff Eldifonsa Perez's Verified Motion to Withdraw Funds from the registry of the Court. After reviewing the Motion and attached Exhibits, the Court hereby **GRANTS** Plaintiff's Motion. It is Further **ORDERED** that the Clerk of this Court shall issue a check payable to Eldifonsa Perez for the settlement proceeds of $10,000.00 plus interest accrued from the registry of the Court.

DONE at Brownsville, Texas, this 4th day of October 2001.

_____
Hilda G. Tagle
United States District Judge

*United States District Court*
*Southern District of Texas*
*ENTERED*
*OCT 0 4 2001*
*Michael N. Milby, Clerk of Court*
*By Deputy Clerk _____*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| AQUILINO PEREZ AND MARIA CONSECA PEREZ, INDIVIDUALLY AND AS NEXT FRIENDS OF SILVERIO PEREZ, ELIFONSA PEREZ, MARIA DEL CARMEN PEREZ, JOSE PEREZ, MARIA GUADALUPE PEREZ, AQUILINO PEREZ, JR. and MARIA CONSEJO PEREZ | § § § § § § § § § § § | |
| VS. | § § § | CIVIL ACTION NO. B-96-75 |
| CITY OF HARLINGEN, CITY OF HARLINGEN POLICE DEPARTMENT, JAMES JOSEPH SCHOEPNER, Individually and in his official capacity as Police Chief of the City of Harlingen Police Department, TIMOTEO FLORES, Individually and in his official capacity as Peace Officer for the City of Harlingen Police Department and VERONICA GONZALEZ, Individually and in her official capacity as Jailer for the City of Harlingen Police Department | § § § § § § § § § § § § § § § | |

### ORDER GRANTING PLAINTIFF ELDIFONSA PEREZ' VERIFIED MOTION TO WITHDRAW FUNDS FROM THE REGISTRY OF THE COURT

On this ____ day of _____, 2001, came on to be heard Plaintiff ELDIFONSA PEREZ' Verified Motion to Withdraw Funds from the Registry of the Court, the Court having considered the evidence and arguments of counsel, finds that Plaintiff ELDIFONSA PEREZ' Motion is well-taken.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Plaintiff ELDIFONSA PEREZ' Motion to Withdraw Funds from the registry of the Court is GRANTED.

**IT IS FURTHER ORDERED** that the Clerk of this Court shall issue a check payable to **ELDIFONSA PEREZ** for the settlement proceeds of $10,000.00 plus accrued interest from the the registry of the court.

**SIGNED FOR ENTRY** on this _____ day of _____, 2001, Brownsville Division.

_____
**UNITED STATES DISTRICT JUDGE**



H:\P\94-2217\FEDERAL\MOTIONS\WITHDRAW FUNDS                                      PAGE 4