SEP 29 2003 2:25PM   HP LASERJET 3200
US DISTRICT COURT    Fax:9565482598              Sep 29 2003 13:55    P.02

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| AQUILINO PEREZ AND<br>MARIA CONSECA PEREZ,<br>INDIVIDUALLY<br>AND AS NEXT FRIENDS OF<br>SILVERIO PEREZ,<br>ELIFONSA PEREZ,<br>MARIA DEL CARMEN PEREZ,<br>JOSE PEREZ, MARIA GUADALUPE<br>PEREZ, AQUILINO PEREZ, JR.<br>and MARIA CONSEJO PEREZ | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |
| VS. | § | |
| CITY OF HARLINGEN, CITY<br>OF HARLINGEN POLICE DEPARTMENT,<br>JAMES JOSEPH SCHOEPNER,<br>Individually and in his official<br>capacity as Police Chief of the<br>City of Harlingen Police<br>Department, TIMOTEO FLORES,<br>Individually and in his official<br>capacity as Peace Officer for<br>the City of Harlingen Police<br>Department and VERONICA GONZALEZ,<br>Individually and in her official<br>capacity as Jailer for the City<br>of Harlingen Police Department | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. B-96-75 |

United States District Court
Southern District of Texas
ENTERED

OCT 0 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

**ORDER GRANTING PLAINTIFF MARIA DEL CARMEN PEREZ' VERIFIED MOTION
TO WITHDRAW FUNDS FROM THE REGISTRY OF THE COURT**

On this ___ day of _____ 2003, came on to be heard

Plaintiff **MARIA DEL CARMEN PEREZ'** Verified Motion to Withdraw Funds

from the Registry of the Court, the Court having considered the

evidence and arguments of counsel, finds that Plaintiff **MARIA DEL**

**CARMEN PEREZ'** Motion is well-taken.

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** that Plaintiff

**MARIA DEL CARMEN PEREZ'** Motion to Withdraw Funds from the registry

of the Court is **GRANTED**.

IT IS FURTHER ORDERED that the Clerk of this Court shall issue a check payable to **MARIA DEL CARMEN PEREZ** for the settlement proceeds of the principal amount of $10,000.00 plus accrued interest from the registry of the court and this check shall be mailed to Law Office of Dale & Klein, L.L.P., 6301 N. 10th St., McAllen, Texas 78504.

SIGNED FOR ENTRY on this ___3___ day of _October_, 2003, Brownsville Division.

                                        _____
                                        UNITED STATES DISTRICT JUDGE

