IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

NOV 1 8 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| AQUILINO PEREZ AND § | |
| MARIA CONSECA PEREZ, § | |
| INDIVIDUALLY § | |
| AND AS NEXT FRIENDS OF § | |
| SILVERIO PEREZ, § | |
| ELIFONSA PEREZ, § | |
| MARIA DEL CARMEN PEREZ, § | |
| JOSE PEREZ, MARIA GUADALUPE § | |
| PEREZ, AQUILINO PEREZ, JR. § | |
| and MARIA CONSEJO PEREZ § | |
| § | |
| VS. § | |
| § CIVIL ACTION NO. B-96-75 | |
| CITY OF HARLINGEN, CITY § | |
| OF HARLINGEN POLICE DEPARTMENT, § | |
| JAMES JOSEPH SCHOEPNER, § | |
| Individually and in his official § | |
| capacity as Police Chief of the § | |
| City of Harlingen Police § | |
| Department, TIMOTEO FLORES, § | |
| Individually and in his official § | |
| capacity as Peace Officer for § | |
| the City of Harlingen Police § | |
| Department and VERONICA GONZALEZ, § | |
| Individually and in her official § | |
| capacity as Jailer for the City § | |
| of Harlingen Police Department § | |

## PLAINTIFF JOSE PEREZ' VERIFIED MOTION TO WITHDRAW FUNDS FROM THE REGISTRY OF THE COURT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES **JOSE PEREZ**, Plaintiff in the above-styled and numbered cause, and files this his Verified Motion to Withdraw Funds from the Registry of the Court, and in support thereof would show:

I.

This court entered a Final Judgment on May 12, 2000 at a time when the said Plaintiff, **JOSE PEREZ**, was a minor. See **Exhibit "A"**,

which is incorporated herein for all purposes. Ten Thousand Dollars was placed into the registry of the court as **JOSE PEREZ'** portion of the settlement proceeds.

## II.

Plaintiff **JOSE PEREZ** is now over the age of eighteen (18) years and respectfully requests that the funds be released to him. Please see copy of birth certificate, driver's license and social security card, **Exhibit "B"**.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff **JOSE PEREZ** requests that this court grant him Motion to Withdraw Funds and grant such other and further relief which Plaintiff **JOSE PEREZ** may justly be entitled at law or in equity.

Respectfully submitted,

_Roy Dale by Bill Mount with permission_
ROY S. DALE
State Bar No. 05326700
WILLIAM D. MOUNT, JR.
State Bar No. 14602950

DALE & KLEIN, L.L.P.
6301 N. 10th Street
McAllen, TX 78504
Tel. No. (956) 687-8700
Fax. No. (956) 687-2416

ATTORNEYS FOR PLAINTIFF
JOSE PEREZ

H:\P\94-3317\FEDERAL\MOTIONS\WITHDRAW FUNDS Jose Perez

## VERIFICATION

THE STATE OF TEXAS  §
§
COUNTY OF HIDALGO  §

BEFORE ME, the undersigned authority, a Notary Public in and for the State of Texas, on this day personally appeared JOSE PEREZ, known to me, who, being first duly sworn, on oath deposed and stated that he is over the age of 18 years, he has read the foregoing motion and that the facts contained therein are within his personal knowledge and are true and correct, that the copies of the birth certificate, driver's license and social security card attached to the motion are true and correct copies of the originals.

_____
JOSE PEREZ

SUBSCRIBED AND SWORN TO BEFORE ME on this <u>1st</u> day of November, 2004, to certify which, witness my hand and seal of office.



_____
NOTARY PUBLIC, STATE OF TEXAS