No. DE CONTROL **122**



# ESTADOS UNIDOS MEXICANOS
# REGISTRO CIVIL
## ESTADO DE SAN LUIS POTOSI

**ACTA DE NACIMIENTO**

CURP
3A. COPIA DEL ACTA

CLAVE UNICA DE REG. DE POBLACION

| OFICIALIA No. | LIBRO No. | ACTA No. | LOCALIDAD | | FECHA DE REGISTRO |
|---|---|---|---|---|---|
| | | | SAN JOSE ALBURQUERQUE | | DIA MES AÑO |

MUNICIPIO O DELEGACION: SANTA MARIA DEL RIO       ENTIDAD FEDERATIVA: SAN LUIS POTOSI

**REGISTRADO**     SEXO: MASCULINO ● FEMENINO ○

NOMBRE ___ JOSE ___ PEREZ ___ RANGEL
            (NOMBRE(S))   (PRIMER APELLIDO)   (SEGUNDO APELLIDO)

FECHA DE NACIMIENTO _____ HORA _____

LUGAR DE NACIMIENTO: SAN JOSE ALBURQUERQUE, SANTA MARIA DEL RIO, S.L.P.
                     (LOCALIDAD)    (MUNICIPIO O DELEGACION)   (ENTIDAD FEDERATIVA)

FUE REGISTRADO: VIVO ● MUERTO ○     No. DE CERTIFICADO DE NACIMIENTO _____

COMPARECIO: EL PADRE ○   LA MADRE ○   AMBOS ●   PERSONA DISTINTA ○

**PADRES**

NOMBRE DEL PADRE: AQUILINO PEREZ ___   NACIONALIDAD: MEXICANA   EDAD: __ AÑOS
DOMICILIO: HOSPITAL DE GUADALUPE, SANTA MARIA DEL RIO, S.L.P.

NOMBRE DE LA MADRE: MA. CONSEJO RANGEL ___   NACIONALIDAD: MEXICANA   EDAD: __ AÑOS
DOMICILIO: 

**ABUELOS**

ABUELO PATERNO: TEOFILO PEREZ ___   NACIONALIDAD: MEXICANA
ABUELA PATERNA: ___   NACIONALIDAD: MEXICANA
DOMICILIO(S): ___ , S.L.P.

ABUELO MATERNO: ___   NACIONALIDAD: MEXICANA
ABUELA MATERNA: FAUSTINA MARTINEZ (VIVE)   NACIONALIDAD: MEXICANA
DOMICILIO(S): HOSPITAL DE GUADALUPE, SAN JOSE ALBURQUERQUE S.L.P.

**TESTIGOS**

NOMBRE: FAUSTINO MARTINEZ ___   NACIONALIDAD: MEXICANA   EDAD: 60 AÑOS
DOMICILIO: SAN JOSE ALBURQUERQUE SANTA MARIA DEL RIO

NOMBRE: ADELITA MARTINEZ ___   NACIONALIDAD: MEXICANA   EDAD: __ AÑOS
DOMICILIO: SAN JOSE ALBURQUERQUE SANTA MARIA DEL RIO S.L.P.

**PERSONA DISTINTA DE LOS PADRES QUE PRESENTA AL REGISTRADO**

NOMBRE _____   PARENTESCO _____   EDAD ___ AÑOS
DOMICILIO _____

FIRMAS DE LOS PADRES O DE LA PERSONA DISTINTA QUE PRESENTA AL REGISTRADO
P. MA. CONSEJO RANGEL

*aquilino perez*

FIRMAS DE LOS TESTIGOS

*Faustino martines*    *Adelita martines*

HUELLA DIGITAL DEL REGISTRADO

SE DIO LECTURA A LA PRESENTE ACTA Y CONFORMES CON SU CONTENIDO LA RATIFICAN Y FIRMAN QUIENES EN ELLA INTERVINIERON Y SABEN HACERLO Y QUIENES NO, IMPRIMEN SU HUELLA DIGITAL. DOY FE.

EL C. OFICIAL _____ DEL REGISTRO CIVIL.
MA. DE JESUS MARTINEZ VEGA





