IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| AQUILINO PEREZ AND<br>MARIA CONSECA PEREZ,<br>INDIVIDUALLY<br>AND AS NEXT FRIENDS OF<br>SILVERIO PEREZ,<br>ELIFONSA PEREZ,<br>MARIA DEL CARMEN PEREZ,<br>JOSE PEREZ, MARIA GUADALUPE<br>PEREZ, AQUILINO PEREZ, JR.<br>and MARIA CONSEJO PEREZ<br><br>VS.<br><br>CITY OF HARLINGEN, CITY<br>OF HARLINGEN POLICE DEPARTMENT,<br>JAMES JOSEPH SCHOEPNER,<br>Individually and in his official<br>capacity as Police Chief of the<br>City of Harlingen Police<br>Department, TIMOTEO FLORES,<br>Individually and in his official<br>capacity as Peace Officer for<br>the City of Harlingen Police<br>Department and VERONICA GONZALEZ,<br>Individually and in her official<br>capacity as Jailer for the City<br>of Harlingen Police Department | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§  CIVIL ACTION NO. B-96-75<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**ORDER GRANTING PLAINTIFF JOSE PEREZ' VERIFIED MOTION
TO WITHDRAW FUNDS FROM THE REGISTRY OF THE COURT**

On this _____ day of _____, 2004, came on to be heard Plaintiff **JOSE PEREZ'** Verified Motion to Withdraw Funds from the Registry of the Court, the Court having considered the evidence and arguments of counsel, finds that Plaintiff **JOSE PEREZ'** Motion is well-taken.

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** that Plaintiff **JOSE PEREZ'** Motion to Withdraw Funds from the registry of the Court is **GRANTED**.

H:\P\94-3317\FEDERAL\MOTIONS\WITHDRAW FUNDS Jose Perez

**IT IS FURTHER ORDERED** that the Clerk of this Court shall issue a check payable to **JOSE PEREZ** for the settlement proceeds of the principal amount of $10,000.00 plus accrued interest from the registry of the court and this check shall be mailed to Law Office of Dale & Klein, L.L.P., 6301 N. 10th St., McAllen, Texas 78504.

**SIGNED FOR ENTRY** on this _____ day of _____, 2004, Brownsville Division.

_____
UNITED STATES DISTRICT JUDGE

H:\P\94-3317\FEDERAL\MOTIONS\WITHDRAW FUNDS Jose Perez