United States District Court
Southern District of Texas
ENTERED

JAN 0 7 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| AQUILINO PEREZ, et al., | § | |
| Plaintiffs, | § | |
| v. | § | CIVIL ACTION NO. B-96-75 |
| CITY OF HARLINGEN, et al., | § | |
| Defendants. | § | |

### ORDER

BE IT REMEMBERED that on January 6, 2005, the Court considered Plaintiff Jose Perez's Verified Motion to Withdraw Funds from the registry of the Court [Dkt. No. 102]. After reviewing the Motion and attached Exhibits, the Court hereby **GRANTS** Plaintiff's Motion. It is further **ORDERED** that the Clerk of this Court shall issue a check payable to Jose Perez for the settlement proceeds of $10,000.00 plus interest accrued from the registry of the Court.

DONE at Brownsville, Texas, this 6 day of January, 2005.

Hilda G. Tagle
United States District Judge