IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 2 3 2005

Michael N. Milby
Clerk of Court

| | |
|---|---|
| AQUILINO PEREZ AND <br> MARIA CONSECA PEREZ, <br> INDIVIDUALLY <br> AND AS NEXT FRIENDS OF <br> SILVERIO PEREZ, <br> ELIFONSA PEREZ, <br> MARIA DEL CARMEN PEREZ, <br> JOSE PEREZ, MARIA GUADALUPE <br> PEREZ, AQUILINO PEREZ, JR. <br> and MARIA CONSEJO PEREZ <br><br> VS. <br><br> CITY OF HARLINGEN, CITY <br> OF HARLINGEN POLICE DEPARTMENT, <br> JAMES JOSEPH SCHOEPNER, <br> Individually and in his official <br> capacity as Police Chief of the <br> City of Harlingen Police <br> Department, TIMOTEO FLORES, <br> Individually and in his official <br> capacity as Peace Officer for <br> the City of Harlingen Police <br> Department and VERONICA GONZALEZ, <br> Individually and in her official <br> capacity as Jailer for the City <br> of Harlingen Police Department | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br><br> CIVIL ACTION NO. B-96-75 |

**<u>PLAINTIFF MARIA GUADALUPE PEREZ'S VERIFIED MOTION TO WITHDRAW
FUNDS FROM THE REGISTRY OF THE COURT</u>**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES **MARIA GUADALUPE PEREZ,** Plaintiff in the above-styled and numbered cause, and files this her Verified Motion to Withdraw Funds from the Registry of the Court, and in support thereof would show:

I.

This court entered a Final Judgment on May 12, 2000 at a time when the said Plaintiff, **MARIA GUADALUPE PEREZ**, was a minor.  See

**Exhibit "A"**, which is incorporated herein for all purposes. Ten Thousand Dollars was placed into the registry of the court as **MARIA GUADALUPE PEREZ'S** portion of the settlement proceeds.

## II.

Plaintiff **MARIA GUADALUPE PEREZ** is now over the age of eighteen (18) years and respectfully requests that the funds be released to her. Please see copy of birth certificate, driver's license and social security card, **Exhibit "B"**.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff **MARIA GUADALUPE PEREZ** requests that this court grant her Motion to Withdraw Funds and grant such other and further relief which Plaintiff **MARIA GUADALUPE PEREZ** may justly be entitled at law or in equity.

Respectfully submitted,

*William D. Mount*
ROY S. DALE
State Bar No. 05326700
WILLIAM D. MOUNT, JR.
State Bar No. 14602950

DALE & KLEIN, L.L.P.
6301 N. 10th Street
McAllen, TX  78504
Tel. No. (956) 687-8700
Fax. No. (956) 687-2416

ATTORNEYS FOR PLAINTIFF
MARIA GUADALUPE PEREZ