97

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| AQUILINO PEREZ and MARIA CONSECA PEREZ, Individually and as Next Friends of SILVERIO PEREZ, ELIFONSA PEREZ, MARIA DEL CARMEN PEREZ, JOSE PEREZ, and MARIA GUADALUPE PEREZ § § § § § § § VS. § § CITY OF HARLINGEN and CITY OF § HARLINGEN POLICE DEPARTMENT, § JAMES JOSEPH SCHOEPNER, Individually and § in his Official Capacity, as Police Chief of the City § of Harlingen Police Department, TIMOTEO § FLORES, Individually and in his Official Capacity § as a Peace Officer for the City of Harlingen Police § Department and VERONICA GONZALEZ, § Individually and in her Official Capacity as a Jailer § for the City of Harlingen Police Department § | CIVIL ACTION NO. B-96-75 |

United States District Court
Southern District of Texas
Entered
MAY 15 2000
Michael N. Milby
Clerk of Court
By: [signature]

## FINAL JUDGMENT

BE IT REMEMBERED that on the 12th day of May, 2000, this case came before the Court

for a final adjudication, the full names of the parties being as follows: Plaintiffs, **AQUILINO**

**PEREZ** and **MARIA CONSEJO PEREZ**, Individually and as Next Friends of **SILVERIO**

**PEREZ, ELIFONSA PEREZ, MARIA DEL CARMEN PEREZ, JOSE PEREZ, MARIA**

**GUADALUPE PEREZ, AQUILINO PEREZ, JR.,** and **MARIA CONSEJO PEREZ**; and

Defendants, **CITY OF HARLINGEN, CITY OF HARLINGEN POLICE DEPARTMENT,**

**JAMES JOSEPH SCHOEPNER,** Individually and in his official capacity as Police Chief of the City

of Harlingen Police Department, **TIMOTEO FLORES,** Individually and in his official capacity

\settlemtagreements\19409.release

**PLAINTIFF'S EXHIBIT A**

FINAL JUDGMENT - Page 1

as a Peace Officer for the City of Harlingen Police Department and **VERONICA GONZALEZ**, Individually and in her official capacity as a Jailer for the City of Harlingen Police Department.

AQUILINO PEREZ and MARIA CONSEJO PEREZ, Individually and as Next Friends of SILVERIO PEREZ, Eldifonsa PEREZ, MARIA DEL CARMEN PEREZ, JOSE PEREZ, MARIA GUADALUPE PEREZ, AQUILINO PEREZ, JR., and MARIA CONSEJO PEREZ, Minors, appeared in person and by and through their attorney of record, Roy S. Dale. Aida Salinas Flores, Attorney Ad Litem for ELIFONSO PEREZ, MARIA DEL CARMEN PEREZ, JOSE PEREZ, MARIA GUADALUPE PEREZ, AQUILINO PEREZ, JR., and MARIA CONSEJO PEREZ, Minors, appeared before the Court.

Defendants, CITY OF HARLINGEN, CITY OF HARLINGEN POLICE DEPARTMENT, JAMES JOSEPH SCHOEPNER, Individually and in his official capacity as Police Chief of the City of Harlingen Police Department, TIMOTEO FLORES, Individually and in his official capacity as a Peace Officer for the City of Harlingen Police Department and VERONICA GONZALEZ, Individually and in her official capacity as a Jailer for the City of Harlingen Police Department, appeared by and through Attorneys Jeffrey Roerig and Ricardo Morado of the Law Offices of ROERIG, OLIVEIRA & FISHER, L.L.P., the attorneys of record for Defendants.

The above parties appeared, announced ready for trial, waived a trial by jury, and announced that AQUILINO PEREZ and MARIA CONSEJO PEREZ, Individually and as Next Friends of SILVERIO PEREZ, Eldifonsa PEREZ, MARIA DEL CARMEN PEREZ, JOSE PEREZ, MARIA GUADALUPE PEREZ, AQUILINO PEREZ, JR., and MARIA CONSEJO PEREZ, had settled, subject to the Court's approval, this case against Defendants, CITY OF HARLINGEN, CITY OF HARLINGEN POLICE DEPARTMENT, JAMES JOSEPH SCHOEPNER, Individually and in his

official capacity as Police Chief of the City of Harlingen Police Department, TIMOTEO FLORES, Individually and in his official capacity as a Peace Officer for the City of Harlingen Police Department and VERONICA GONZALEZ, Individually and in her official capacity as a Jailer for the City of Harlingen Police Department. Under the terms of the Compromise, Settlement and Release Agreement, attached hereto as Exhibit "A", the CITY OF HARLINGEN, CITY OF HARLINGEN POLICE DEPARTMENT, JAMES JOSEPH SCHOEPNER, Individually and in his official capacity as Police Chief of the City of Harlingen Police Department, TIMOTEO FLORES, Individually and in his official capacity as a Peace Officer for the City of Harlingen Police Department and VERONICA GONZALEZ, Individually and in her official capacity as a Jailer for the City of Harlingen Police Department, are to pay the Plaintiffs, in the capacities stated, the consideration shown in Exhibit "A."

That consideration will fully settle all claims, demands, and causes of action that have been or could have been brought against Defendants, CITY OF HARLINGEN, CITY OF HARLINGEN POLICE DEPARTMENT, JAMES JOSEPH SCHOEPNER, Individually and in his official capacity as Police Chief of the City of Harlingen Police Department, TIMOTEO FLORES, Individually and in his official capacity as a Peace Officer for the City of Harlingen Police Department and VERONICA GONZALEZ, Individually and in her official capacity as a Jailer for the City of Harlingen Police Department.

The Plaintiffs and Defendants announced that this settlement was made on doubtful and disputed claims. The CITY OF HARLINGEN, CITY OF HARLINGEN POLICE DEPARTMENT, JAMES JOSEPH SCHOEPNER, Individually and in his official capacity as Police Chief of the City of Harlingen Police Department, TIMOTEO FLORES, Individually and in his official capacity as a

Peace Officer for the City of Harlingen Police Department and VERONICA GONZALEZ, Individually and in her official capacity as a Jailer for the City of Harlingen Police Department denied any liability to the Plaintiffs.

The Court heard evidence concerning the reasonableness of the settlement, including the facts of the incident, any fault of the parties, the injuries and damages received by the minor Plaintiffs, and all other evidence deemed by the Court necessary to a determination of the fairness of the settlement. AQUILINO PEREZ, MARIA CONSE~~CA~~ JO PEREZ, and SILVERIO PEREZ, and Attorney Ad Litem, Aida Salinas Flores, asked the Court to approve the agreement and enter Judgment approving the agreement. The Court reviewed the parties' written Compromise and Settlement Agreement. The Court then decided that the liability of the CITY OF HARLINGEN, CITY OF HARLINGEN POLICE DEPARTMENT, JAMES JOSEPH SCHOEPNER, Individually and in his official capacity as Police Chief of the City of Harlingen Police Department, TIMOTEO FLORES, Individually and in his official capacity as a Peace Officer for the City of Harlingen Police Department and VERONICA GONZALEZ, Individually and in her official capacity as a Jailer for the City of Harlingen Police Department is uncertain, that the settlement is fair and in the best interest of the minors, ~~ELIFONSO~~ Eldifonsa PEREZ, MARIA DEL CARMEN PEREZ, JOSE PEREZ, MARIA GUADALUPE PEREZ, AQUILINO PEREZ, JR., and MARIA CONSEJO PEREZ, and that the settlement should be approved. The Court now approves the settlement.

The Court finds that all claims and causes of action asserted or which could have been asserted on behalf of ~~ELIFONSO~~ Eldifonsa PEREZ, MARIA DEL CARMEN PEREZ, JOSE PEREZ, MARIA GUADALUPE PEREZ, AQUILINO PEREZ, JR., and MARIA CONSEJO PEREZ in the Plaintiffs' ~~Second~~ Third Amended Complaint, are within the scope of the parties' compromise and settlement

agreement. The Court further specifically finds the proposed settlement of all the minors' claims and causes of action, both actual and potential, is in each minor's best interest, and is fair and reasonable. The Court specifically approves the same as binding on and conclusive of any action which may ever be asserted by or on behalf of the minors against the CITY OF HARLINGEN, CITY OF HARLINGEN POLICE DEPARTMENT, JAMES JOSEPH SCHOEPNER, Individually and in his official capacity as Police Chief of the City of Harlingen Police Department, TIMOTEO FLORES, Individually and in his official capacity as a Peace Officer for the City of Harlingen Police Department and VERONICA GONZALEZ, Individually and in her official capacity as a Jailer for the City of Harlingen Police Department. The Court, therefore, enters the following judgment:

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiffs recover herein the total sum listed on the attached Exhibit "A", which is incorporated into this Judgment by reference, and that said sum be apportioned among the Plaintiffs as indicated below.

It appearing to the Court that the total amount of TWO MILLION TWO HUNDRED FIFTY THOUSAND AND NO/100 DOLLARS ($2,250,000.00) has been paid on behalf of all Plaintiffs, out of this amount the sum of Ten Thousand and No/100 Dollars ($10,000.00) will be paid into the registry of this Court for the settlement of all claims by or on behalf of the minor Plaintiff, Eldifonsa [ELIFONSO struck through] PEREZ.

Out of the remaining amount the sum of Ten Thousand and No/100 Dollars ($10,000.00) will be paid into the registry of this Court for the settlement of all claims by or on behalf of the minor Plaintiff, MARIA DEL CARMEN PEREZ.

Out of the remaining amount the sum of Ten Thousand and No/100 Dollars ($10,000.00) will be paid into the registry of this Court for the settlement of all claims by or on behalf of the minor Plaintiff, JOSE PEREZ.

Out of the remaining amount the sum of Ten Thousand and No/100 Dollars ($10,000.00) will be paid into the registry of this Court for the settlement of all claims by or on behalf of the minor Plaintiff, MARIA GUADALUPE PEREZ.

Out of the remaining amount the sum of Ten Thousand and No/100 Dollars ($10,000.00) will be paid into the registry of this Court for the settlement of all claims by or on behalf of the minor Plaintiff, AQUILINO PEREZ, JR..

Out of the remaining amount the sum of Ten Thousand and No/100 Dollars ($10,000.00) will be paid into the registry of this Court for the settlement of all claims by or on behalf of the minor Plaintiff, MARIA CONSEJO PEREZ.

The balance remaining shall be paid to the three adult Plaintiffs and their attorneys in accordance with their instructions as set forth in Exhibit "A".

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED by the Court that this Judgment is fully and finally satisfied and discharged as to the Defendants, CITY OF HARLINGEN, CITY OF HARLINGEN POLICE DEPARTMENT, JAMES JOSEPH SCHOEPNER,** Individually and in his official capacity as Police Chief of the City of Harlingen Police Department, **TIMOTEO FLORES,** Individually and in his official capacity as a Peace Officer for the City of Harlingen Police Department and **VERONICA GONZALEZ,** Individually and in her official capacity as a Jailer for the City of Harlingen Police Department, except as to the fees for the Attorney Ad Litem.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Attorney Ad Litem, Aida Salinas Flores, shall receive in legal fees the sum of _Two Thousand Five Hundred_ and No/100 Dollars ($2,500.00), which sum shall be taxed as costs against the Defendants, CITY OF HARLINGEN, CITY OF HARLINGEN POLICE DEPARTMENT, JAMES JOSEPH SCHOEPNER, Individually and in his official capacity as Police Chief of the City of Harlingen Police Department, TIMOTEO FLORES, Individually and in his official capacity as a Peace Officer for the City of Harlingen Police Department and VERONICA GONZALEZ, Individually and in her official capacity as a Jailer for the City of Harlingen Police Department.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that the CITY OF HARLINGEN, CITY OF HARLINGEN POLICE DEPARTMENT, JAMES JOSEPH SCHOEPNER, Individually and in his official capacity as Police Chief of the City of Harlingen Police Department, TIMOTEO FLORES, Individually and in his official capacity as a Peace Officer for the City of Harlingen Police Department and VERONICA GONZALEZ, Individually and in her official capacity as a Jailer for the City of Harlingen Police Department are fully relieved and discharged from any and all liability for the incident made the basis of this suit, including, but not limited to, legal services provided for the Plaintiffs, and the medical care and treatment, nursing care and hospital services rendered to the Plaintiffs as a result of the accident alleged in Plaintiffs' pleadings, as well as all physical, emotional, and mental damages, and all damages set forth more specifically in the Compromise, Settlement and Release Agreement.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Plaintiffs are denied all relief not expressly granted by this judgment, whether the relief was requested or could have been requested in this case.

SIGNED FOR ENTRY this 12 day of May, 2000.

_____
UNITED STATES DISTRICT JUDGE

**APPROVED AND AGREED TO:**

DALE & KLEIN, L.L.P.
6301 n. 10th Street
McAllen, Texas 78504
Tel. No. (956) 687-8700
Fax. No. (956) 687-2416

By: _____
Roy S. Dale
State Bar No. 05326700
Federal I.D. No. 1184

**ATTORNEYS FOR PLAINTIFFS**

_____
AQUILINO PEREZ, Individually and
as Next Friend of ELIFONSO PEREZ,
MARIA DEL CARMEN PEREZ,
JOSE PEREZ, MARIA GUADALUPE
PEREZ, AQUILINO PEREZ, JR. and
MARIA CONSEJO PEREZ, Minors

\settlemtagreements\19409.release

FINAL JUDGMENT - Page 8

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK
By _____
Deputy Clerk

*[signature]*
MARIA CONSECA PEREZ, Individually
and as Next Friend of ELIFONSO PEREZ,
MARIA DEL CARMEN PEREZ, JOSE
PEREZ, MARIA GUADALUPE PEREZ,
AQUILINO PEREZ, JR. and MARIA
CONSEJO PEREZ, Minors


*[signature: Silverio Perez]*
SILVERIO PEREZ


*[signature: Aida Salinas Flores]*
AIDA SALINAS FLORES, Attorney Ad Litem
for ELIFONSO PEREZ, MARIA DEL CARMEN PEREZ,
JOSE PEREZ, MARIA GUADALUPE PEREZ,
AQUILINO PEREZ, JR. and MARIA CONSEJO PEREZ


ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Road, Suite 9
Brownsville, Texas 78520
(956) 542-5666
(956) 542-0016 (Fax)


By:_____
    JEFFREY D. ROERIG
    State Bar No. 17161700


By: *[signature]*
    RICARDO MORADO
    State Bar No. 14417250

**ATTORNEYS FOR DEFENDANTS**

\settlemtagreements\19409.release

VERIFICATION

THE STATE OF TEXAS            §
                              §
COUNTY OF HIDALGO             §

BEFORE ME, the undersigned authority, a Notary Public in and for the State of Texas, on this day personally appeared MARIA GUADALUPE PEREZ, known to me, who, being first duly sworn, on oath deposed and stated that she is over the age of 18 years, she has read the foregoing motion and that the facts contained therein are within her personal knowledge and are true and correct, that the copies of the birth certificate, driver's license and social security card attached to the motion are true and correct copies of the originals.

                                              _____
                                              MARIA GUADALUPE PEREZ

SUBSCRIBED AND SWORN TO BEFORE ME on this 11th day of November, 2005, to certify which, witness my hand and seal of office.



                                              _____
                                              NOTARY PUBLIC, STATE OF TEXAS

VERIFICATION

THE STATE OF TEXAS             §
                               §
COUNTY OF HIDALGO              §

BEFORE ME, the undersigned authority, a Notary Public in and for the State of Texas, on this day personally appeared MARIA GUADALUPE PEREZ RANGEL, known to me, who, being first duly sworn, on oath deposed and stated that she is over the age of 18 years, she has read the foregoing motion and that the facts contained therein are within her personal knowledge and are true and correct, that the copies of the birth certificate, driver's license and social security card attached to the motion are true and correct copies of the originals.

_____
MARIA GUADALUPE PEREZ RANGEL

SUBSCRIBED AND SWORN TO BEFORE ME on this 11th day of November, 2005, to certify which, witness my hand and seal of office.

_____
NOTARY PUBLIC, STATE OF TEXAS

XOCHITL B. OCANAS
Notary Public, State of Texas
My Commission Expires
AUG. 1, 2007