No. DE CONTROL 157

ACTA DE NACIMIENTO

3A. COPIA DEL ACTA

2403203 87001575

CLAVE UNICA DE REG. DE POBLACION

2 4 0 3 2 0 3 8 7 0 0 1 5 7 5



# ESTADOS UNIDOS MEXICANOS
## REGISTRO CIVIL
### ESTADO DE SAN LUIS POTOSI

| OFICIALIA No | LIBRO No | ACTA No | LOCALIDAD | | FECHA DE REGISTRO |
|---|---|---|---|---|---|
| 03 | 18 | 157 | SAN JOSE ALBURQUERQUE | | DIA / MES / AÑO |
| MUNICIPIO O DELEGACION | | | | ENTIDAD FEDERATIVA | 9 / 10 / 87 |

**REGISTRADO**   SEXO: MASCULINO ○  FEMENINO ●

NOMBRE: **MA. GUADALUPE** (NOMBRE(S))   **PEREZ** (PRIMER APELLIDO)   **RANGEL** (SEGUNDO APELLIDO)

FECHA DE NACIMIENTO: _____ 1987   HORA: 00:10

LUGAR DE NACIMIENTO: **SAN JOSE ALBURQUERQUE**, **SANTA MARIA DEL RIO**, **S.L.P.**
(LOCALIDAD) (MUNICIPIO O DELEGACION) (ENTIDAD FEDERATIVA)

FUE REGISTRADO VIVO ●  MUERTO ○   No. DE CERTIFICADO DE NACIMIENTO _____

COMPARECIO:  EL PADRE ○   LA MADRE ○   AMBOS ●   PERSONA DISTINTA ○

**PADRES**

NOMBRE DEL PADRE: **AQUILINO PEREZ GRANADO**   NACIONALIDAD: **MEXICANA**   EDAD: **31** AÑOS
DOMICILIO: _____, **SANTA MARIA DEL RIO, S.L.P.**

NOMBRE DE LA MADRE: **MA. CONSEJO RANGEL MARTINEZ**   NACIONALIDAD: **MEXICANA**   EDAD: **22** AÑOS
DOMICILIO: _____, **SANTA MARIA DEL RIO, S.L.P.**

**ABUELOS**

ABUELO PATERNO: **TEOFILO PEREZ**   (VIVE)   NACIONALIDAD: **MEXICANA**
ABUELA PATERNA: _____   ( )   NACIONALIDAD: **MEXICANA**
DOMICILIO(S): _____ **SANTA MARIA DEL RIO, S.L.P.**

ABUELO MATERNO: **MARIO RANGEL**   (VIVE)   NACIONALIDAD: **MEXICANA**
ABUELA MATERNA: **FLORENTINA MARTINEZ**   (VIVE)   NACIONALIDAD: **MEXICANA**
DOMICILIO(S): _____ **SANTA MARIA DEL RIO, S.L.P.**

**TESTIGOS**

NOMBRE: **ADELITA MARTINEZ VEGA**   NACIONALIDAD: **MEXICANA**   EDAD: **30** AÑOS
DOMICILIO: **SAN JOSE ALBURQUERQUE, SANTA MARIA DEL RIO, S.L.P.**

NOMBRE: **FAUSTINO MARTINEZ ANDRES**   NACIONALIDAD: **MEXICANA**   EDAD: **66** AÑOS
DOMICILIO: **SAN JOSE ALBURQUERQUE, SANTA MARIA DEL RIO, S.L.P.**

**PERSONA DISTINTA DE LOS PADRES QUE PRESENTA AL REGISTRADO**

NOMBRE: _____   PARENTESCO: _____   EDAD: _____ AÑOS
DOMICILIO: _____

FIRMAS DE LOS PADRES O DE LA PERSONA DISTINTA QUE PRESENTA AL REGISTRADO

*aquilino perez granado*   **MA. CONSEJO RANGEL MARTINEZ**

FIRMAS DE LOS TESTIGOS

*Adelita Martinez*   *Faustino Martinez*

HUELLA DIGITAL DEL REGISTRADO

SE DIO LECTURA A LA PRESENTE ACTA Y CONFORMES CON SU CONTENIDO LA RATIFICAN Y FIRMAN QUIENES EN ELLA INTERVINIERON Y SABEN HACERLO Y QUIENES NO, IMPRIMEN SU HUELLA DIGITAL. DOY FE

03

EL C. OFICIAL _____ DEL REGISTRO CIVIL

**MA. DE JESUS MARTINEZ VEGA**

NOMBRE   FIRMA

PULGAR DERECHO

SELLO DE LA OFICIALIA DEL REGISTRO CIVIL

OFICIALIA DEL REGISTRO CIVIL
San José Alburquerque, S.L.P.

LA PRESENTE ACTA TIENE ANEXAS LAS ANOTACIONES SIGUIENTES.
AÑO 1977 ASENTADA EN ESTA OFICIALIA.

ACTA 4 A FOJA 4 FTE. LIBRO NO. 18

INTERESADO

**PLAINTIFF'S EXHIBIT**
B



