United States District Court
Southern District of Texas
ENTERED

JAN 1 2 2006

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| AQUILINO PEREZ AND MARIA CONSECA PEREZ, INDIVIDUALLY AND AS NEXT FRIENDS OF SILVERIO PEREZ, ELIFONSA PEREZ, MARIA DEL CARMEN PEREZ, JOSE PEREZ, MARIA GUADALUPE PEREZ, AQUILINO PEREZ, JR. and MARIA CONSEJO PEREZ<br><br>VS.<br><br>CITY OF HARLINGEN, CITY OF HARLINGEN POLICE DEPARTMENT, JAMES JOSEPH SCHOEPNER, Individually and in his official capacity as Police Chief of the City of Harlingen Police Department, TIMOTEO FLORES, Individually and in his official capacity as Peace Officer for the City of Harlingen Police Department and VERONICA GONZALEZ, Individually and in her official capacity as Jailer for the City of Harlingen Police Department | CIVIL ACTION NO. B-96-75 |

**<u>ORDER GRANTING PLAINTIFF MARIA GUADALUPE PEREZ'S VERIFIED MOTION TO WITHDRAW FUNDS FROM THE REGISTRY OF THE COURT</u>**

On this 11 day of January, 2006, came on to be heard Plaintiff **MARIA GUADALUPE PEREZ'S** Verified Motion to Withdraw Funds from the Registry of the Court, the Court having considered the evidence and arguments of counsel, finds that Plaintiff **MARIA GUADALUPE PEREZ'S** Motion is well-taken.

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** that Plaintiff **MARIA GUADALUPE PEREZ'S** Motion to Withdraw Funds from the registry of the Court is **GRANTED**.

H:\P\94-3317\FEDERAL\MOTIONS\WITHDRAW FUNDS Maria Guadalupe Perez

Case 1:96-cv-00075   Document 105   Filed in TXSD on 01/11/2006   Page 2 of 2

**IT IS FURTHER ORDERED** that the Clerk of this Court shall issue a check payable to **MARIA GUADALUPE PEREZ** for the settlement proceeds of the principal amount of $10,000.00 plus accrued interest from the registry of the court, and this check shall be mailed to Law Office of Dale & Klein, L.L.P., 6301 N. 10th St., McAllen, Texas 78504.

**SIGNED FOR ENTRY** on this 11 day of January, 2006, Brownsville Division.

_____
UNITED STATES DISTRICT JUDGE

H:\P\94-3317\FEDERAL\MOTIONS\WITHDRAW FUNDS Maria Guadalupe Perez