```
              IN THE UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF TEXAS
                     BROWNSVILLE DIVISION
```

| | |
|---|---|
| AQUILINO PEREZ AND § | |
| MARIA CONSECA PEREZ, § | |
| INDIVIDUALLY § | |
| AND AS NEXT FRIENDS OF § | |
| SILVERIO PEREZ, § | |
| ELIFONSA PEREZ, § | |
| MARIA DEL CARMEN PEREZ, § | |
| JOSE PEREZ, MARIA GUADALUPE § | |
| PEREZ, AQUILINO PEREZ, JR. § | |
| and MARIA CONSEJO PEREZ § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. B-96-75 |
| CITY OF HARLINGEN, CITY § | |
| OF HARLINGEN POLICE DEPARTMENT, § | |
| JAMES JOSEPH SCHOEPNER, § | |
| Individually and in his official § | |
| capacity as Police Chief of the § | |
| City of Harlingen Police § | |
| Department, TIMOTEO FLORES, § | |
| Individually and in his official § | |
| capacity as Peace Officer for § | |
| the City of Harlingen Police § | |
| Department and VERONICA GONZALEZ, § | |
| Individually and in her official § | |
| capacity as Jailer for the City § | |
| of Harlingen Police Department § | |

**PLAINTIFF AQUILINO PEREZ, JR.'S VERIFIED MOTION TO WITHDRAW FUNDS FROM THE REGISTRY OF THE COURT**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES **AQUILINO PEREZ, JR.,** Plaintiff in the above-styled and numbered cause, and files this his Verified Motion to Withdraw Funds from the Registry of the Court, and in support thereof would show:

**I.**

This Court entered a Final Judgment on May 12, 2000 at a time when the said Plaintiff, **AQUILINO PEREZ, JR.**, was a minor. Ten

Thousand Dollars ($10,000.00) was placed into the Registry of the Court as **AQUILINO PEREZ, JR.'S** portion of the settlement proceeds and Judgment.

**II.**

Plaintiff **AQUILINO PEREZ, JR.** is now over the age of eighteen (18) years and respectfully requests that the funds be released to him. Please see copy of birth certificate, driver's license and social security card, **Exhibit "1".**

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff **AQUILINO PEREZ, JR.** requests that this Court grant his Motion to Withdraw Funds and grant such other and further relief which Plaintiff **AQUILINO PEREZ, JR.** may justly be entitled at law or in equity.

Respectfully submitted,

/s/ William D. Mount, Jr.

WILLIAM D. MOUNT, JR.
State Bar No. 14602950

DALE & KLEIN, L.L.P.
6301 N. 10th Street
McAllen, TX  78504
Tel. No. (956) 687-8700
Fax. No. (956) 687-2416

ATTORNEY FOR PLAINTIFF
AQUILINO PEREZ, JR.