



I hereby certify that this is true and correct copy of _Birth_ certificate as recorded in the records of San Benito, Texas. Witness my hand and seal of office this the 16th day of November 19 88
V 31 p 516 _[signature]_
Local Registrar
By: _____ Deputy



**STATE OF TEXAS — CERTIFICATE OF BIRTH**
**RECORD OF BIRTHS**
VS-111 REV. 8/83 — Texas Department of Health — BUREAU OF VITAL STATISTICS

- 1 NAME: Cameron Aquilino Perez
- 2 DATE OF BIRTH: OCTOBER 26, 1988
- 3 SEX: Male
- 4a PLACE OF BIRTH — COUNTY: Cameron
- 4b CITY OR TOWN: San Benito
- 4c NAME OF HOSPITAL: Dolly Vinsant Memorial Hospital
- 4d INSIDE CITY LIMITS: Yes
- 5a THIS BIRTH SINGLE, TWIN, TRIPLET: Single
- 6 NAME (father): Aquilino Perez
- 7 RACE: White
- 8a IS FATHER OF SPANISH ORIGIN: Yes
- 8b IF YES, SPECIFY: Mexican
- 9 AGE: 33
- 10 BIRTHPLACE: Mexico
- 11a USUAL OCCUPATION: Labor
- 11b KIND OF BUSINESS: Agriculture
- 12 MAIDEN NAME: Maria Conseji Rangel
- 13 RACE: White
- 14a IS MOTHER OF SPANISH ORIGIN: Yes
- 14b IF YES, SPECIFY: Mexican
- 15 AGE: 27
- 16 BIRTHPLACE: Mexico
- 17a USUAL OCCUPATION: Housewife
- 17b KIND OF BUSINESS: Home
- 18a RESIDENCE — STATE: Texas
- 18b COUNTY: Cameron
- 18c CITY OR TOWN: Combes-Rural
- 18d STREET ADDRESS: Farm Rd. 508
- 18e INSIDE CITY LIMITS: No
- 19 Children previously born: a. 6  b. 0  c. 0
- 20 INFORMANT: Maria Perez
- 21 ZIP: 78535
- 22a ATTENDANT'S SIGNATURE: Francisco J. Del Castillo
- 22b ATTENDANT AT BIRTH: M.D.
- 22c ATTENDANT'S ADDRESS: 360 E. Highway 77-San Benito, Texas
- 22d DATE SIGNED: November 9, 1988
- 23b DATE REC'D BY LOCAL REGISTRAR: 11/10/1988
- 23c SIGNATURE OF LOCAL REGISTRAR: Gracie O. Posadas by Nora Trevino, Deputy
- 24 BIRTH WEIGHT: 6 LB. 13½ OZ
- a. TIME: 8:28 P.M.
- REGISTRAR'S FILE NO: 373
- 25 WAS EYE PROPHYLAXIS USED: Yes
- 26 WAS SEROLOGIC TEST MADE: a. During Pregnancy: No  b. At Delivery: Yes
- 27 DATE LAST NORMAL MENSES BEGAN: February 1988
- 28 MONTH OF PREGNANCY PRENATAL CARE BEGAN: First
- 29 PRENATAL VISITS: None
- 30 Rh FACTOR OF MOTHER: Positive
- 31 Rh FACTOR OF INFANT: Unknown
- 32 Rho (D) GIVEN: No
- CONGENITAL MALFORMATION OR ANOMALIES: None

Hart Graphics, Austin, Texas