## VERIFICATION

THE STATE OF TEXAS § 
§ 
COUNTY OF HIDALGO §

BEFORE ME, the undersigned authority, a Notary Public in and for the State of Texas, on this day personally appeared **AQUILINO PEREZ, JR.** known to me, who, being first duly sworn, on oath deposed and stated that he is over the age of 18 years, he has read the foregoing Motion and that the facts contained therein are within his personal knowledge and are true and correct, and the copies of the birth certificate, driver's license and social security card attached to the Motion are true and correct copies of the originals.

*Aquilino Perez Jr.*
AQUILINO PEREZ, JR.

SUBSCRIBED AND SWORN TO BEFORE ME on this 7th day of December, 2006, to certify which, witness my hand and seal of office.



*Olinda Guerrero*
NOTARY PUBLIC, STATE OF TEXAS