IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| AQUILINO PEREZ AND §<br>MARIA CONSECA PEREZ, §<br>INDIVIDUALLY §<br>AND AS NEXT FRIENDS OF §<br>SILVERIO PEREZ, §<br>ELIFONSA PEREZ, §<br>MARIA DEL CARMEN PEREZ, §<br>JOSE PEREZ, MARIA GUADALUPE §<br>PEREZ, AQUILINO PEREZ, JR. §<br>and MARIA CONSEJO PEREZ §<br>§<br>VS. §<br>§<br>CITY OF HARLINGEN, CITY §<br>OF HARLINGEN POLICE DEPARTMENT, §<br>JAMES JOSEPH SCHOEPNER, §<br>Individually and in his official §<br>capacity as Police Chief of the §<br>City of Harlingen Police §<br>Department, TIMOTEO FLORES, §<br>Individually and in his official §<br>capacity as Peace Officer for §<br>the City of Harlingen Police §<br>Department and VERONICA GONZALEZ, §<br>Individually and in her official §<br>capacity as Jailer for the City §<br>of Harlingen Police Department § | CIVIL ACTION NO. B-96-75 |

### ORDER GRANTING PLAINTIFF AQUILINO PEREZ, JR.'S VERIFIED MOTION TO WITHDRAW FUNDS FROM THE REGISTRY OF THE COURT

On this ____ day of _____, 2006, came on to be heard Plaintiff **AQUILINO PEREZ, JR.'S** Verified Motion to Withdraw Funds from the Registry of the Court. The Court having considered the evidence and arguments of counsel, finds that Plaintiff **AQUILINO PEREZ, JR.'S** Motion should be granted.

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** that Plaintiff **AQUILINO PEREZ, JR.'S** Motion to Withdraw Funds from the Registry of the Court is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of this Court shall issue a check payable to **AQUILINO PEREZ, JR.** for the settlement proceeds of the principal amount of $10,000.00 plus accrued interest from the registry of the Court, and this check shall be mailed to Law Office of Dale & Klein, L.L.P., 6301 N. 10th St., McAllen, Texas 78504.

**SIGNED FOR ENTRY** on this _____ day of _____, 2006, Brownsville Division.

_____
UNITED STATES DISTRICT JUDGE

