Case 1:96-cv-00075   Document 106-4   Filed 12/07/2006   Page 1 of 2

United States District Court
Southern District of Texas
ENTERED

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

DEC 12 2006

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| AQUILINO PEREZ AND MARIA CONSECA PEREZ, INDIVIDUALLY AND AS NEXT FRIENDS OF SILVERIO PEREZ, ELIFONSA PEREZ, MARIA DEL CARMEN PEREZ, JOSE PEREZ, MARIA GUADALUPE PEREZ, AQUILINO PEREZ, JR. and MARIA CONSEJO PEREZ § § § § § § § § § § § § § VS. § § CITY OF HARLINGEN, CITY § OF HARLINGEN POLICE DEPARTMENT, § JAMES JOSEPH SCHOEPNER, § Individually and in his official § capacity as Police Chief of the § City of Harlingen Police § Department, TIMOTEO FLORES, § Individually and in his official § capacity as Peace Officer for § the City of Harlingen Police § Department and VERONICA GONZALEZ, § Individually and in her official § capacity as Jailer for the City § of Harlingen Police Department § | CIVIL ACTION NO. B-96-75 |

**ORDER GRANTING PLAINTIFF AQUILINO PEREZ, JR.'S VERIFIED MOTION TO WITHDRAW FUNDS FROM THE REGISTRY OF THE COURT**

On this _12_ day of _December_, 2006, came on to be heard Plaintiff **AQUILINO PEREZ, JR.'S** Verified Motion to Withdraw Funds from the Registry of the Court. The Court having considered the evidence and arguments of counsel, finds that Plaintiff **AQUILINO PEREZ, JR.'S** Motion should be granted.

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** that Plaintiff **AQUILINO PEREZ, JR.'S** Motion to Withdraw Funds from the Registry of the Court is **GRANTED**.

Page 1

Case 1:96-cv-00075   Document 108   Filed in TXSD on 12/12/2006   Page 2 of 2
FROM : USDC FINANCE                FAX NO. : 7132505812           Dec. 08 2006 11:33AM  P3

Case 1:96-cv-00075   Document 106-4   Filed 12/07/2006   Page 2 of 2

**IT IS FURTHER ORDERED** that the Clerk of this Court shall issue a check payable to **AQUILINO PEREZ, JR.** for the settlement proceeds of the principal amount of $10,000.00 plus accrued interest from the registry of the Court, and this check shall be mailed to Law Office of Dale & Klein, L.L.P., 6301 N. 10th St., McAllen, Texas 78504.

**SIGNED FOR ENTRY** on this 12 day of December, 2006, Brownsville Division.

UNITED STATES DISTRICT JUDGE

