```
              IN THE UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF TEXAS
                      BROWNSVILLE DIVISION
```

| | | |
|---|---|---|
| AQUILINO PEREZ AND<br>MARIA CONSECA PEREZ,<br>INDIVIDUALLY<br>AND AS NEXT FRIENDS OF<br>SILVERIO PEREZ,<br>ELIFONSA PEREZ,<br>MARIA DEL CARMEN PEREZ,<br>JOSE PEREZ, MARIA GUADALUPE<br>PEREZ, AQUILINO PEREZ, JR.<br>and MARIA CONSEJO PEREZ<br><br>VS.<br><br>CITY OF HARLINGEN, CITY<br>OF HARLINGEN POLICE DEPARTMENT,<br>JAMES JOSEPH SCHOEPNER,<br>Individually and in his official<br>capacity as Police Chief of the<br>City of Harlingen Police<br>Department, TIMOTEO FLORES,<br>Individually and in his official<br>capacity as Peace Officer for<br>the City of Harlingen Police<br>Department and VERONICA GONZALEZ,<br>Individually and in her official<br>capacity as Jailer for the City<br>of Harlingen Police Department | §§§§§§§§§§§§§§§§§§§§§§§§§§ | CIVIL ACTION NO. B-96-75 |

**PLAINTIFF MARIA CONSEJO PEREZ'S VERIFIED MOTION TO WITHDRAW FUNDS FROM THE REGISTRY OF THE COURT**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES **MARIA CONSEJO PEREZ**, Plaintiff in the above-styled and numbered cause, and files this her Verified Motion to Withdraw Funds from the Registry of the Court, and in support thereof would show:

**I.**

This Court entered a Final Judgment on May 12, 2000 at a time when the said Plaintiff, **MARIA CONSEJO PEREZ**, was a minor. Ten

Thousand Dollars ($10,000.00) was placed into the Registry of the Court as **MARIA CONSEJO PEREZ'S** portion of the settlement proceeds and Judgment.

**II.**

Plaintiff **MARIA CONSEJO PEREZ** is now over the age of eighteen (18) years and respectfully requests that the funds be released to her. Please see copy of birth registration card and driver's license which is attached hereto as **Exhibit "1"**.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff **MARIA CONSEJO PEREZ** requests that this Court grant her Motion to Withdraw Funds and grant such other and further relief which Plaintiff **MARIA CONSEJO PEREZ** may justly be entitled at law or in equity.

Respectfully submitted,

/s/ William D. Mount, Jr.

WILLIAM D. MOUNT, JR.
State Bar No. 14602950

DALE & KLEIN, L.L.P.
1100 E. Jasmine Ave., Ste. 202
McAllen, TX  78501
Tel. No. (956) 687-8700
Fax. No. (956) 687-2416

**ATTORNEY FOR PLAINTIFF
MARIA CONSEJO PEREZ**