## VERIFICATION OF MOTION FOR RELEASE OF FUNDS

BEFORE ME, the undersigned authority, on this day personally appeared MARIA CONSEJO PEREZ, who swore on oath that the following facts are true:

1. "My full name is MARIA CONSEJO PEREZ."

2. "I, MARIA CONSEJO PEREZ, am over the age of eighteen (18) years; I have personal knowledge of, and am competent and authorized to testify to the facts set forth herein."

3. "I hereby aver that the foregoing Motion for Release of Funds is within my personal knowledge and is true and correct."

_____
MARIA CONSEJO PEREZ

SIGNED under oath before me on March 4, 2008.



_____
Notary Public, State of Texas