IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| AQUILINO PEREZ AND § <br> MARIA CONSECA PEREZ, § <br> INDIVIDUALLY § <br> AND AS NEXT FRIENDS OF § <br> SILVERIO PEREZ, § <br> ELIFONSA PEREZ, § <br> MARIA DEL CARMEN PEREZ, § <br> JOSE PEREZ, MARIA GUADALUPE § <br> PEREZ, AQUILINO PEREZ, JR. § <br> and MARIA CONSEJO PEREZ § <br> § <br> VS. § <br> § CIVIL ACTION NO. B-96-75 <br> CITY OF HARLINGEN, CITY § <br> OF HARLINGEN POLICE DEPARTMENT, § <br> JAMES JOSEPH SCHOEPNER, § <br> Individually and in his official § <br> capacity as Police Chief of the § <br> City of Harlingen Police § <br> Department, TIMOTEO FLORES, § <br> Individually and in his official § <br> capacity as Peace Officer for § <br> the City of Harlingen Police § <br> Department and VERONICA GONZALEZ, § <br> Individually and in her official § <br> capacity as Jailer for the City § <br> of Harlingen Police Department § | |

**ORDER GRANTING PLAINTIFF MARIA CONSEJO PEREZ'S VERIFIED MOTION TO WITHDRAW FUNDS FROM THE REGISTRY OF THE COURT**

On this ____ day of _____, 2008, came on to be heard Plaintiff **MARIA CONSEJO PEREZ'S** Verified Motion to Withdraw Funds from the Registry of the Court. The Court having considered the evidence and arguments of counsel, finds that Plaintiff **MARIA CONSEJO PEREZ'S** Motion should be granted.

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** that Plaintiff **MARIA CONSEJO PEREZ'S** Motion to Withdraw Funds from the Registry of the Court is **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk of this Court shall issue a check payable to **MARIA CONSEJO PEREZ** for the settlement proceeds of the principal amount of $10,000.00 plus accrued interest from the registry of the Court, and this check shall be mailed to Law Office of Dale & Klein, L.L.P., 1100 E. Jasmine Ave., Ste. 202, McAllen, Texas 78501 in care of her attorney, William D. Mount, Jr.

**SIGNED FOR ENTRY** on this _____ day of _____, 2008, Brownsville Division.

_____
UNITED STATES DISTRICT JUDGE