IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 7 2008

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| AQUILINO PEREZ AND MARIA CONSECA PEREZ, INDIVIDUALLY AND AS NEXT FRIENDS OF SILVERIO PEREZ, ELIFONSA PEREZ, MARIA DEL CARMEN PEREZ, JOSE PEREZ, MARIA GUADALUPE PEREZ, AQUILINO PEREZ, JR. and MARIA CONSEJO PEREZ<br><br>VS.<br><br>CITY OF HARLINGEN, CITY OF HARLINGEN POLICE DEPARTMENT, JAMES JOSEPH SCHOEPNER, Individually and in his official capacity as Police Chief of the City of Harlingen Police Department, TIMOTEO FLORES, Individually and in his official capacity as Peace Officer for the City of Harlingen Police Department and VERONICA GONZALEZ, Individually and in her official capacity as Jailer for the City of Harlingen Police Department | CIVIL ACTION NO. B-96-75 |

### ORDER GRANTING PLAINTIFF MARIA CONSEJO PEREZ'S VERIFIED MOTION TO WITHDRAW FUNDS FROM THE REGISTRY OF THE COURT

On this 7 day of March, 2008, came on to be heard Plaintiff **MARIA CONSEJO PEREZ'S** Verified Motion to Withdraw Funds from the Registry of the Court. The Court having considered the evidence and arguments of counsel, finds that Plaintiff **MARIA CONSEJO PEREZ'S** Motion should be granted.

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** that Plaintiff **MARIA CONSEJO PEREZ'S** Motion to Withdraw Funds from the Registry of the Court is **GRANTED**.

Order Releasing Funds                                                      Page 1 of 2

**IT IS FURTHER ORDERED** that the Clerk of this Court shall issue a check payable to **MARIA CONSEJO PEREZ** for the settlement proceeds of the principal amount of $10,000.00 plus accrued interest from the registry of the Court, and this check shall be mailed to Law Office of Dale & Klein, L.L.P., 1100 E. Jasmine Ave., Ste. 202, McAllen, Texas 78501 in care of her attorney, William D. Mount, Jr.

**SIGNED FOR ENTRY** on this 7 day of March, 2008, Brownsville Division.

UNITED STATES DISTRICT JUDGE

